IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 24-cv-03194-PAB-CYC


ESTATE OF CHRISTINE ROGERS, by and through its personal representative Anna Peterman, and
ANNA PETERMAN,

     Plaintiffs,

v.

TURN KEY HEALTH CLINICS, LLC,
BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, and
SHERIFF STEVE REAMS, in his official capacity,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Chief Judge Philip A. Brimmer**

The matters before the Court are the Joint Stipulation to Dismiss Defendants Weld County Board of County Commissioners and Sheriff Steve Reams [Docket No. 60] and the Joint Stipulation to Dismiss Defendant Turn Key Health Clinics [Docket No. 61].

Rule 41(a)(1)(A) allows a plaintiff to dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Although Rule 41(a)(1)(A) refers to dismissal of the 'action,' the rule permits the dismissal of fewer than all parties so long as all claims against a particular party are dismissed." *Kristina Consulting Grp., LLC v. Debt Pay Gateway, Inc.,* 2022 WL 881575, at *2 n.4 (10th Cir. Mar. 25, 2022) (unpublished).

On June 27, 2025, the parties filed a stipulation dismissing all claims against defendant Board of County Commissioners for Weld County and defendant Steve Reams with prejudice. Docket No. 60 at 1. The stipulation is signed by all the parties who have appeared in this case. *Id.* at 2. As such, the Court deems the stipulation as effective as a means of dismissing Mr. Reams and the Board of County Commissioners from this case. Because no order of the Court was required, the stipulation was effective at the time it was filed.

On July 15, 2025, plaintiffs filed a stipulation dismissing defendant Turn Key Health Clinics, LLC. Docket No. 61. The stipulation states that, "upon presentment of this Stipulation, properly signed by the attorneys, the Court may enter an Order pursuant to the terms hereof, including dismissal of this case." *Id.* at 1. The stipulation

2

is signed by counsel for plaintiffs and counsel for defendant Turn Key.  *Id.* at 2.
Although Mr. Reams and the Board of County Commissioners have not signed the
second stipulation, they were previously dismissed from the case by the filing of the first
stipulation.  Therefore, the Court deems the stipulation as effective as a means of
dismissing plaintiffs' claims against Turn Key.  Together, the stipulations are effective as
a means of dismissing this action.  Accordingly, this case is closed.

DATED August 25, 2025.